No. 72. Ex PARTE SUCCESSION OF AMILL, PETITIONER.—Proceedings begun in the District Court of San Juan, Section 1,

544

for the cancellation of a notarial mortgage bond executed as surety for Notary Luis Campillo Abrams. Decided August 14, 1914. Notarial mortgage bond executed by Antonio Amill Oramas by deeds of March 15 and 31, 1902, in the city of Mayagüez before Notary Ramón Quiñones ordered canceled. The petitioner appeared by brief *pro. se.*

